JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

E.L.L.M, *by and through his Guardian Ad Litem* KATRINA MCKINNEY.,

Plaintiff,

v.

FRANK J. BISIGNANO, Commissioner of Social Security,

Defendant.

No. 2:25-cv-11459-BFM

**JUDGMENT**

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order.

DATED: November 13, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE